**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 1 0 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAMARRI TACHE BROOKS,<br>A.K.A. "JUNEY KNOTZZ," and<br>MORGAN DAVIS-VAULS | Criminal Indictment<br><br>No. **1:25-CR-549**<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

### Counts One through Ten
### (18 U.S.C. § 1344, Bank Fraud)

1. Beginning on a date unknown but at least by in or about January 2022, and continuing through in or about November 2025, in the Northern District of Georgia and elsewhere, the defendants, SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," and MORGAN DAVIS-VAULS, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly execute and attempt to execute a scheme and artifice to defraud federally insured financial institutions, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, certain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of federally insured financial institutions.

*Background*

At all times relevant to this Indictment:

2. Defendant SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," resided in the Northern District of Georgia.

3. Brooks Merchandise was registered by defendant BROOKS as a limited liability company with the Georgia Secretary of State in 2022. Brooks Merchandise sold, among other things, apparel, including balaclava-style masks with bank logos and clothing with the logo "No Free Sauce" or "NFS."

4. Defendant BROOKS maintained social media accounts associated with his moniker "Juney Knotzz," as well as the phrases "No Free Sauce," "NFS," "Slip World," "Glass Daddy," and "Sauce Boss."

5. Defendant MORGAN DAVIS-VAULS used the moniker "realmajorpaper" on his social media account.

6. The Federal Deposit Insurance Corporation (FDIC) and the National Credit Union Administration (NCUA) were federal agencies that insured the deposits of accountholders at member institutions.

7. Bank of America (BOA), BB&T (now Truist Bank), BMO Harris Bank (now BMO Bank), Jersey Shore Bank (JSB) (now Northwest Bank), Regions Bank, Truist Bank, and Virginia National Bank (VNB) were financial institutions whose deposits were insured by the FDIC.

2

8. Carolina Telco Federal Credit Union (CTFCU) and Navy Federal Credit Union (NFCU) were financial institutions whose deposits were insured by the NCUA.

*Scheme to Defraud*

9. Beginning on a date on unknown, but at least by in or about January 2022, and continuing through in or about November 2025, in the Northern District of Georgia and elsewhere, defendants BROOKS and DAVIS-VAULS, aided and abetted by each other and others known and unknown to the Grand Jury, devised and carried out a scheme that involved:

    a.  promoting and selling tutorials for committing various forms of financial fraud, including, among other things, the alteration and negotiation of stolen checks;

    b.  obtaining and selling checks stolen from the mail;

    c.  recruiting others to participate in fraud related to stolen checks; and

    d.  committing check-related fraud.

10. As a part of the scheme, defendant BROOKS used social media platforms to recruit individuals with existing bank accounts to use as depository accounts for stolen checks.

11. Defendant BROOKS and others known and unknown to the Grand Jury altered the stolen checks to list the cooperating accountholders as the intended recipient or payee of the checks.

12. Defendants BROOKS and DAVIS-VAULS and others known and unknown to the Grand Jury deposited stolen, altered checks at ATMs throughout the Northern District of Georgia.

13. When depositing the stolen, altered checks at ATMs, defendants BROOKS and DAVIS-VAULS typically wore balaclava-style masks, including masks with the "No Free Sauce" logo.

14. Defendant BROOKS often posted copies of ATM deposit receipts on his social media accounts, promoting his fraud scheme.

15. After depositing the stolen, altered checks, defendant BROOKS and others known and unknown to the Grand Jury attempted to withdraw funds from the depository accounts.

16. Defendant BROOKS also promoted and sold a collection of methods or tutorials for carrying out multiple types of financial fraud, which he referred to as his "Sauce Book" or "SB."

17. Defendant BROOKS sold images of stolen checks, often referred to as "slips," as a part of his fraud-promotion business. Customers could purchase the check images independently or packaged with check-forgery tutorials in the "Sauce Book."

18. Defendant BROOKS accepted payment for images of stolen checks and the "Sauce Book" via various digital payment platforms. He directed customers to send funds to an account linked to his company, Brooks Merchandise, and to accounts associated with individuals known and unknown to the Grand Jury.

*Execution of the Scheme to Defraud*

19. On or about the dates set forth in the table below, in the Northern District of Georgia and elsewhere, the defendant, SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," aided and abetted by others known and unknown to the Grand Jury did, with the intent to defraud, knowingly execute and attempt to execute the above-described scheme to defraud by depositing stolen, altered checks drawn on the victim accounts, identified below, into the accounts identified below:

| Count | Date | Victim Account | Deposit Account | Check Value |
|-------|------|----------------|-----------------|-------------|
| 1 | 12/14/2022 | Truist x2012 | S.C./NFCU | $15,000.00 |
| 2 | 12/14/2022 | BB&T x5739 | S.C./NFCU | $8,650.44 |
| 3 | 12/21/2022 | Regions x0945 | T.B./NFCU | $10,389.73 |
| 4 | 5/9/2023 | CTFCU x5629 | D.F./BOA | $9,291.88 |
| 5 | 12/28/2023 | VNB x1418 | L.S./PNC | $18,200.45 |
| 6 | 7/23/2024 | BOA x3920 | S.F.C./Chase | $72,584.57 |

20. On or about the dates set forth in the table below, in the Northern District of Georgia and elsewhere, the defendants, SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," and MORGAN DAVIS-VAULS, aided and abetted by each other and others known and unknown to the Grand Jury did, with the intent to defraud, knowingly execute and attempt to execute the above-described scheme to defraud by depositing stolen, altered checks drawn on the victim accounts, identified below, into the accounts identified below:

5

| Count | Date | Victim Account | Deposit Account | Check Value |
|---|---|---|---|---|
| 7 | 8/12/2024 | BOA x6552 | D.M./BOA | $10,997.48 |
| 8 | 8/29/2024 | BMO x3331 | T.R./Chase | $655,531.53 |
| 9 | 8/29/2024 | JSB x1672 | K.J./Chase | $122,802.69 |
| 10 | 8/30/2024 | Truist x9727 | N.D./Chase | $405,068.40 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

**Counts Eleven through Thirteen**
**(18 U.S.C. § 1028A, Aggravated Identity Theft)**

21. The Grand Jury realleges and incorporates herein the factual allegations in paragraphs 2 through 18 of this Indictment.

22. On or about the dates listed in the table below, in the Northern District of Georgia and elsewhere, the defendant, SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the account number associated with the victim's personal checking account, during in and relation to the specified predicate felony:

| Count | Date | Predicate Felony | Victim's Initials |
|---|---|---|---|
| 11 | 12/14/22 | Bank fraud alleged in Count 2 | T.T. |
| 12 | 5/9/2023 | Bank fraud alleged in Count 4 | G.A. |
| 13 | 12/28/2023 | Bank fraud alleged in Count 5 | F.L. |

All in violation of Title 18, United States Code, Sections 1028A and 2.

6

## Count Fourteen
### (18 U.S.C. § 1708, Possession of Stolen Mail)

23. On or about January 23, 2024, in the Northern District of Georgia, the defendant, SHAMARRI TACHE BROOKS, , A.K.A. "JUNEY KNOTZZ," aided and abetted by others known and unknown to the Grand Jury, did knowingly buy, receive, conceal, and unlawfully have in his possession any letter, mail, and any article and thing contained therein, which had been so stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Sections 1708 and 2.

## Forfeiture

24. Upon conviction of one or more of the offenses alleged in Counts One through Ten of this Indictment, the defendants, SHAMARRI TACHE BROOKS, A.K.A. "JUNEY KNOTZZ," and MORGAN DAVIS-VAULS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of said violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Ten of this Indictment.

25. If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

a) cannot be located upon the exercise of due diligence;

7

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided

without difficulty;

the United States of America intends, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c)

and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property.

A _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
  *United States Attorney*
/s/ *Jessica C. Morris*
JESSICA C. MORRIS
  *Assistant United States Attorney*
Georgia Bar No. 100907

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

8